# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4489 | **DATE** | 5/21/2013 |
| **CASE TITLE** | Angel Currier vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice, each party to bear its own costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|